## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Digital Currency Group, Inc. v. McGreevy _____ Docket No.: 26-1896 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Caroline Hickey Zalka

Firm: Weil, Gotshal & Manges LLP

Address: 767 Fifth Avenue, New York, NY 10153

Telephone: 212-310-8527 _____ Fax:

E-mail: caroline.zalka@weil.com

Appearance for: Petitioners Digital Currency Group, Inc.; Barry Silbert; Mark Murphy
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☑ Substitute counsel (replacing other counsel: Thomas Dunn Goldberg / Day Pitney LLP )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on September 20, 2024 _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Caroline Hickey Zalka

Type or Print Name: Caroline Hickey Zalka