**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**RAYMOND J. LOHIER, JR.**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: October 28, 2026
Docket #: 26-1896
Short Title: Digital Currency Group, Inc. v. McGreevy

DC Docket #: 3:23-cv-82
DC Court: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Stefan R. Underhill

## NOTICE OF MOTION PLACED ON THE CALENDAR

A petition for leave to appeal; motion for leave to reply filed in the above-referenced case have been added as a submitted case to the substantive motions calendar for Tuesday, November 10, 2026.

Inquiries regarding this case may be directed to 212-857-8595.