D. Conn.
23-cv-82
Underhill, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of November, two thousand twenty-six.

Present:

Reena Raggi,
Alison J. Nathan,
Maria Araújo Kahn,
*Circuit Judges*.

---

Digital Currency Group, Inc., et al.,

*Petitioners*,

v. 26-1896

William McGreevy, et al.,

*Respondents*.

---

Petitioners request leave to immediately appeal an interlocutory district court order under 28 U.S.C. § 1292(b); they also move for leave to file a reply. Upon due consideration, it is hereby ORDERED that the motion for leave to file a reply is GRANTED. It is further ORDERED that the § 1292(b) petition is GRANTED. *See Klinghoffer v. S.N.C. Achille Lauro Ed Altri-Gestione Motonave Achille Lauro in Amministrazione Straordinaria*, 921 F.2d 21, 25 (2d Cir. 1990).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe